■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CECIL BROWN, Appellant. [627 NYS2d 564] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Rotker, J.), rendered June 10, 1993, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

"Before a defense witness may be cross-examined regarding his or her failure to provide law enforcement authorities with exculpatory information attested to at trial, certain foundational requirements must be met" *(People v Pittman,* 187 AD2d 679; *see, People v Dawson,* 50 NY2d 311, 321, n 4). The prosecutor in this case failed to comply with the foundational requirements set forth by the Court of Appeals in *People v Dawson (supra)* prior to cross-examining the defense witness.

However, the error was harmless since there is no significant probability that the jury would have acquitted the defendant had the error not occurred *(see, People v Ayala,* 75 NY2d 422, 431; *People v Crimmins,* 36 NY2d 230, 241-242).

The defendant's remaining contentions are either unpreserved for appellate review *(see,* CPL 470.05 [2]) or without merit. Miller, J. P., Pizzuto, Joy and Krausman, JJ., concur.